IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02232-PSF-PAC

ROBERT STUDER,
NICHOLAS IMPERATO and
PAUL KINNEY, derivatively on behalf of eVISION INTERNATIONAL, INC.,
SAMY SAMY, and
PHILIP CALDERONE, on behalf of themselves and all other persons similarly situated,

    Plaintiffs,

v.

FAI CHAN, in his individual and corporate capacities,
TONG WAN CHAN, in his individual and corporate capacities,
ROBERT TRAPP, in his individual and corporate capacities,
KWOK JEN FONG, in his individual and corporate capacities,
GARY COOK, in his individual and corporate capacities,
JEFFREY BUSCH, in his individual and corporate capacities,
ROBERT JEFFERS, JR., in his individual and corporate capacities,
DORSEY & WHITNEY LLP, a Minnesota limited liability partnership, and
EHRHARDT, KEEFE, STEINER & HOTTMAN, P.C.

    Defendants,

and

eVISION INTERNATIONAL, INC., a Colorado corporation,

    Nominal Defendant.

## ORDER FOR DISCOVERY STAY AND TO
## VACATE CERTAIN SCHEDULED HEARINGS

The Court, having reviewed the parties' Joint Notice of Proposed Settlement and Unopposed Motion for Discovery Stay (Dkt. # 418) and being fully advised in the premises, hereby GRANTS the Motion as follows:

    1.    The Settling Parties shall have to and including July 18, 2005 to file their Stipulation of Settlement and associated Motions and Proposed Orders and Notices.

2. The hearing scheduled for July 6, 2005 before this Court on a Motion for Partial Summary Judgment and Motion for Class Certification is VACATED.

3. All parties or those subject to pending discovery requests by any party (including but not limited to eBanker Usa.Com, Inc., Global Med Technologies, Inc. and American Pacific Bank) are granted a stay to respond to any and all pending discovery including depositions, expert rebuttal reports, and subpoena responses until further notice from this Court.

4. All deadlines concerning any pending Responses or Replies, including Plaintiff's Response to eVision and Individual Defendant's Motion to Strike Plaintiff's Expert Professor Loewenstein, eBanker's Response to Plaintiffs' Motion to Compel, Plaintiff's Reply to eBanker's Motion for Protective Order, and Plaintiffs and Dorsey & Whitney's and Ehrhardt, Keefe, Steiner & Hottman, PC's Replies to eVision and eVision Management Defendants' Objection to the Partial Settlement, Expert Rebuttal Reports are hereby suspended until further notice from this Court.

5. Should the parties be unable to file a Stipulation of Settlement and associated Motions and Proposed Orders and Notices by July 18, 2005, they will notify the Court immediately and advise if settlement papers will be forthcoming and by when, and/or will move the Court for a new timetable to complete discovery and schedule necessary hearings.

DATED: July 5, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge