IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02232-PSF-PAC

ROBERT STUDER,
NICHOLAS IMPERATO and
PAUL KINNEY, derivatively on behalf of eVISION INTERNATIONAL, INC.,
SAMY SAMY, and
PHILIP CALDERONE, on behalf of themselves and all other persons similarly situated,

  Plaintiffs,

v.

FAI CHAN, in his individual and corporate capacities,
TONG WAN CHAN, in his individual and corporate capacities,
ROBERT TRAPP, in his individual and corporate capacities,
KWOK JEN FONG, in his individual and corporate capacities,
GARY COOK, in his individual and corporate capacities,
JEFFREY BUSCH, in his individual and corporate capacities,
ROBERT JEFFERS, JR., in his individual and corporate capacities,
DORSEY & WHITNEY LLP, a Minnesota limited liability partnership, and
EHRHARDT, KEEFE, STEINER & HOTTMAN, P.C.

  Defendants,

and

eVISION INTERNATIONAL, INC., a Colorado corporation,

  Nominal Defendant.

## ORDER TO CORRECT DOCKET ENTRIES

The Court, having reviewed the parties' Unopposed Motion to Correct Docket Entries 415 & 418 and Related Orders (Dkt. # 421) and being fully advised in the premises, hereby GRANTS the Motion and ORDERS as follows:

1. Docket entries 415 & 418 and any related orders, if necessary, shall be corrected to note that they were filed on behalf of Plaintiffs Studer, Imperato, Samy, Calderone, and Kinney.

DATED: July 8, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge