IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-02232-PSF-PAC

ROBERT STUDER, et al

    Plaintiff(s),

v.

HENG FUNG HOLDINGS, LIMITED, a public company in HONG KONG, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Compel [filed June 9, 2005] and Motion for Protective Order [filed June 10, 2005]; are **denied without prejudice** as mooted by the Joint Notice of Proposed Settlement and Unopposed Motion for Discovery Stay and to Vacate Certain Scheduled Hearings and for an Expedited Ruling [filed July 6, 2005].

Dated:  July 11, 2005