IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 02-cv-02232-PSF-PAC

ROBERT STUDER,
NICHOLAS IMPERATO and
PAUL KINNEY, derivatively on behalf of eVISION INTERNATIONAL, INC.,
SAMY SAMY, and
PHILIP CALDERONE, on behalf of themselves and all other persons similarly situated,

    Plaintiffs,

v.

FAI CHAN, in his individual and corporate capacities,
TONG WAN CHAN, in his individual and corporate capacities,
ROBERT TRAPP, in his individual and corporate capacities,
KWOK JEN FONG, in his individual and corporate capacities,
GARY COOK, in his individual and corporate capacities,
JEFFREY BUSCH, in his individual and corporate capacities,
ROBERT JEFFERS, JR., in his individual and corporate capacities,
DORSEY & WHITNEY LLP, a Minnesota limited liability partnership, and
EHRHARDT, KEEFE, STEINER & HOTTMAN, P.C.

    Defendants,

and

eVISION INTERNATIONAL, INC., a Colorado corporation,

    Nominal Defendant.

---

### ORDER GRANTING PLAINTIFFS' MOTION *NUNC PRO TUNC* TO APPROVE PLAINTIFFS' COUNSEL REIMBURSEMENT OF EXPENSES

---

    The Court, having reviewed the Proposed Settlements in this case, and there now being no objections to the Proposed Reimbursement of Expenses to Plaintiffs' Counsel, and having fully considered the arguments of the parties, hereby ORDERS

as follows:

1) Plaintiffs' Counsel Application for costs is GRANTED.

2) Plaintiffs' Counsel are collectively awarded *nunc pro tunc* as of November 15, 2005 reimbursement of out-of-pocket expenses to be paid from the Settlement Fund of $141,666.50 as amended pursuant to the Joint Motion Requesting Final Approval of Plaintiffs' Counsel Reimbursement of Expenses.

IT IS FURTHER ORDERED that the hearing on expense issues currently set for December 1, 2005 at 9:00 a.m. is VACATED.

DATED: November 29, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge